UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

JOHNSON, PATRICIA (L4SSN: 0846)     * Chapter 13
AKA: JOHNSON, PATRICA
Debtor (s)     * Case No. 17-40868 JTL

### CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor's(s') employer) shall pay to the trustee the sum **of $278.00 monthly**.

2. From the payments so received, the trustee shall make disbursements as follows:
(a) The trustee percentage fee as set by the United States Trustee.
(b) The monthly payments will be made on the following **LONG-TERM DEBTS:** (Payments which become due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | MONTH OF FIRST PAYMENT UNDER PLAN | MONTHLY PAYMENT |
|---|---|---|

(c) Preconfirmation **ADEQUATE PROTECTION** payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principal of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|

(d) The following claims are not subject to cram down because debts are secured by a purchase money security interest in a vehicle for which the debt was incurred **WITHIN 910 DAYS** of filing the bankruptcy petition, or, if the collateral for the debt is any other thing of value, the debt was incurred **within one year** of filing. See § 1325(a) {Allocations are "monthly".}

| CREDITOR | BALANCE | INTEREST | COLLATERAL | ALLOCATION |
|---|---|---|---|---|
| **Okinus** | **$2,500.00** | **4.75%** | **Furn** | **$50.00** |

(e) After confirmation, **SECURED CREDITORS** with allowed claims will be paid monthly as follows:

| CREDITOR | BALANCE | VALUE | INTEREST | COLLATERAL | ALLOCATION |
|---|---|---|---|---|---|

(5) To the extent allowed under 11 USC §522(f), upon discharge, all non-possessory liens and/or judicial liens {except those for domestic support obligations under 11 USC §523(a)(5)} will be avoided, and all Creditors shall cancel said lien(s) of record within fifteen (15) days of notice of discharge. These Creditors shall include, but are not limited to the following:

**JUDGMENTS:**

**NPHGS:**

(6) No student loans will be paid through the bankruptcy unless otherwise specified herein.

(7) PAYROLL DEDUCTION has already been requested from: Dept of Behavioral Health

(8) Debtor proposes to **reject** the following executory contract(s): **Cell phone with Verizon Wireless.**

(9) Debtor proposes to **assume** the following executory contract(s): **Lease agreement on Dog with Petsmart c/o United Consumer Financial.**

(n) Debtor(s) will make payments that will meet all of the following parameters (these are not cumulative, debtors will pay the highest of the three)

(i) Debtor will pay all of his disposable income as shown on Form B22C of $0.00 to the non priority unsecured creditors in order to be eligible for a discharge. {cmi}

(ii) If the debtor filed a Chapter 7 case, the unsecured creditors would receive $0.00. Debtor will pay this amount to the priority and other unsecured creditors in order to be eligible for discharge. {unex} {_____}

(iii) The debtor will pay $0.00 to the general unsecured creditors to be distributed prorata. {lux/inc/stu/other} {_____}

(o) General unsecured creditors whose claims are duly proven and allowed will be paid (choose one only)

(i) $0.00 as long as this dividend exceeds the highest amount, if any, shown in paragraph (n)(i), (n)(ii) or (n)(iii), and the debtor pays in at least 36 monthly payments to be eligible for discharge.

(ii) The debtor(s) will make payments for _____ months and anticipates a dividend of $_____, but will also exceed the highest amount shown in paragraph (n)(i), (n)(ii) or (n)(iii) above.

(p) Unless otherwise ordered by the court, all property of the estate, whether in the possession of the trustee or the debtor, remains property of the estate subject to court's jurisdiction, notwithstanding §1327(b), except as otherwise provided in paragraph (m) above. Property of the estate not paid to the trustee shall remain in the possession of the debtor. All property in the possession and control of the debtor shall be insured by the debtor. The chapter 13 Trustee will not and is not required to insure assets and has no liability for injury to any person, damage or loss to any property in possession and control of the debtor or other property affected by property in possession and control of the debtor.

(q) Notwithstanding the proposed treatment or classification of any claim in the plan confirmed in this case, all lien avoidance actions or litigation involving the validity of liens, or preference action will be reserved and can be pursued after confirmation of the plan. Successful lien avoidance or preference actions will be grounds for modification of the plan.

BNK-ALL CREDITORS CERTIFICATE OF SERVICE: This is to certify that I have this day served all creditors, the standing Trustee, and the U.S. Trustee, as more specifically shown on the attached list of creditors, with a copy of the foregoing matters by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon by hand-delivery or by electronic notice.

Date  9-26-17

Charles R. Hunt, Atty for Debtor

DOCUMENT PREP. BY: CHARLES R. "CHAD" HUNT ❖ STATE BAR GA. 0378493 ❖ 112 EAST LEE STREET ❖ DAWSON, GEORGIA 39842 ❖ Fax Available on Request  PH.(229)995-4868
E-mail: chadhuntlaw@gmail.com
END OF DOCUMENT

Z:\BNK-PLANS\BNK-PLANS\Johnson,Patricia.Ch13pln.wpd

| | | |
|---|---|---|
| ANESTHESIA ASSOC OF COLUMBUS<br>PO BOX 2445<br>COLUMBUS GA 31902-2445 | ANESTHESIA ASSOC OF COLUMBUS<br>C/O PROFESSIONAL COLLECTION<br>5156 RIVER RD STE I<br>COLUMBUS GA 31904 | AT&T<br>PO BOX 105503<br>ATLANTA GA 30348 |
| AT&T WIRELINE<br>C/O I C SYSTEM INC<br>PO BOX 64378<br>SAINT PAUL MN 55164-0378 | CHAPTER 13 TRUSTEE<br>PO BOX 1907<br>COLUMBUS GA 31902 | COMENITY BANK/OVERSTOCK<br>ATTN: BANKRUPTCY DEPT.<br>PO BOX 182125<br>COLUMBUS OH 43218 |
| DEPARTMENT OF EDUCATION/ NAVIENT<br>PO BOX 9635<br>WILKES BARRE PA 18773 | FIRST PREMIER BANK<br>PO BOX 5519<br>SIOUX FALLS SD 57117-5519 | FLOWERS BUILDING<br>2221 MANCHESTER EXPRESSWAY<br>COLUMBUS GA 31904-6826 |
| GA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS-BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3205 | GA EMERGENCY PHYSICIANS<br>5126 HOSPITAL DR, NE<br>COVINGTON GA 30014 | GA EMERGENCY SPECIALIST<br>C/O DBA CREDIT COLLECTION SERVICES<br>164 S MAIN ST<br>MADISON GA 30650-1352 |
| HOUSING AND URBAN DEVELOPMENT<br>FIVE POINTS PLAZA<br>40 MARIETTA ST<br>ATLANTA GA 30303 | IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | LATONYA MERRITT<br>1815 17TH AVE APT 7<br>COLUMBUS GA 31901 |
| LEGACY AUTOMOTIVE, LLC<br>C/O TRIDENT ASSET MANAGEMENT<br>PO BOX 888424<br>ATLANTA GA 30356 | LEGACY AUTOMOTIVE, LLC<br>5210 WESTERVILLE RD<br>COLUMBUS OH 43231 | MAX FITNESS - EXPRESS II<br>C/O COLLECTION RECEIVABLES<br>1835 CENTRAL AVE<br>AUGUSTA GA 30904 |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3501<br>MERRIFIELD VA 22119 | OKINUS<br>PO BOX 691<br>PELHAM GA 31779 | PATRICIA JOHNSON<br>6237 BAYBERRY DR<br>COLUMBUS GA 31907 |
| PETSMART<br>C/O UNITED CONSUMER FINANCIAL<br>PO BOX 856290<br>LOUISVILLE KY 40285 | PROFESSIONAL COLLECTION SERVICE INC.<br>5156 RIVER RD<br>SUITE I<br>COLUMBUS GA 31904 | SANTANDER<br>C/O DEVILLE ASSET MGMT<br>1132 GLADE RD<br>COLLEYVILLE TX 76034 |
| SANTANDER CONSUMER USA<br>ATTN: BANKRUPTCY DEPT.<br>1601 ELM ST STE 800<br>DALLAS TX 75201-7260 | SOUTHEASTERN CARDIOLOGY ASSOC<br>C/O PROFESSIONAL COLLECTION<br>5156 RIVER RD STE I<br>COLUMBUS GA 31904 | SOUTHEASTERN CARDIOLOGY ASSOCIATES<br>PO BOX 7067<br>COLUMBUS GA 31908 |
| SPEEDEE CASH<br>3610 US HWY 431 NORTH<br>PHENIX CITY AL 36867 | ST. FRANCIS<br>C/O MEDICAL REVENUE SERVICE<br>PO BOX 1940<br>MELBOURNE FL 32902-1940 | ST. FRANCIS<br>C/O TRANSWORLD SYSTEMS INC<br>500 VIRGINIA DR SUITE 514<br>FT WASHINGTON PA 19034 |

ST. FRANCIS HOSPITAL
PO BOX 84022
COLUMBUS GA 31908-4022

ST. FRANCIS HOSPITAL
C/O CAPIO PARTNERS
2222 TEXOMA PKWY STE 150
SHERMAN TX 75090

ST. FRANCIS HOSPITAL
C/O RECEIVABLE MGMT GROUP INC
2901 UNIVERSITY AVE #29
COLUMBUS GA 31907

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT.
PO BOX 965064
ORLANDO FL 32896-5064

T-MOBILE
C/O CONVERGENT OUTSOURCING
PO BOX 9004
RENTON WA 98057

T-MOBILE
PO BOX 742596
CINCINNATI OH 45274-2596

U.S. TRUSTEE
440 MARTIN LUTHER KING JR BLVD
SUITE 302
MACON GA 31201

UNITED STATES ATTORNEY GENERAL
950 PENNSLYVANIA AVE NW
WASHINGTON DC 20530-0001

UNITED STATES ATTORNEYS OFFICE
PO BOX 1702
MACON GA 31202

VERIZON WIRELESS
1 VERIZON PL
ALPHARETTA GA 30004

WELLS FARGO HOME MORTGAGE
C/O MCCALLA RAYMER LEIBERT PIERCE, LLC
1544 OLD ALABAMA RD
ROSWELL GA 30076

WELLS FARGO HOME MORTGAGE
8480 STAGECOACH CIRCLE
FREDERICK MD 21701

WEST GEORGIA EYE CARE CENTER
2616 WARM SPRINGS RD
COLUMBUS GA 31904-5323